IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Pamela Jean Watkins**

No. 4:11-CV-673-JMM

**Michael J. Astrue, Commissioner,**                                                           **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff Pamela Jean Watkins's application for disability income benefits is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

It is so ordered this 23rd day of August, 2012.

_____
United States District Judge